## Eli Metcoff and Thomas Meier, Appellants, v. Newton C. Farr et al., Appellees.

Gen. No. 44,692, 44,719.

opinion filed May 18, 1949; released for publication June 17, 1949. Shulman, Shulman & Abrams and Teller, Levit & Silvertrust, for appellants; Meyer Abrams, of counsel; Rathje, Kulp, Sabel & Sullivan, for appellees; Joseph J. Sullivan, Jr., of counsel. Opinion by JUSTICE KILEY. Not to be published in full.